IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:            )        Chapter 7
                             )
    LBW ACQUISITION, INC.,   )        10 B 04456
                             )
        Debtor.              )

**N O T I C E**

TO:   Ms. Lauren Newman, via CM/ECF
        Mr. Kent Gaertner, via CM/ECF
        Mr. Terrance Fenelon, via CM/ECF

     PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                             /s/   GINA B. KROL
                             GINA B. KROL
                             105 W. Madison St., Ste 1100
                             Chicago, IL 60602
                             312/368-0300

STATE OF ILLINOIS   )
                          ) SS
COUNTY OF C O O K   )

     GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

                             /s/   GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

**N O T I C E**

TO:   Ms. Lauren Newman, via CM/ECF
      Mr. Kent Gaertner, via CM/ECF
      Mr. Terrance Fenelon, via CM/ECF

   PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

              /s/   GINA B. KROL
       GINA B. KROL
       105 W. Madison St., Ste 1100
       Chicago, IL 60602
       312/368-0300

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF C O O K    )

   GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

              /s/   GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

**N O T I C E**

TO: Ms. Lauren Newman, via CM/ECF
Mr. Kent Gaertner, via CM/ECF
Mr. Terrance Fenelon, via CM/ECF

PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

      /s/ GINA B. KROL
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS )
                         ) SS
COUNTY OF C O O K )

GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

      /s/ GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: ) Chapter 7
)
    LBW ACQUISITION, INC., ) 10 B 04456
)
        Debtor. )

**N O T I C E**

TO:   Ms. Lauren Newman, via CM/ECF
        Mr. Kent Gaertner, via CM/ECF
        Mr. Terrance Fenelon, via CM/ECF

    PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                      /s/ GINA B. KROL
                      GINA B. KROL
                      105 W. Madison St., Ste 1100
                      Chicago, IL 60602
                      312/368-0300

STATE OF ILLINOIS )
                      ) SS
COUNTY OF C O O K )

    GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

                      /s/ GINA B. KROL

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LBW AQUISITION INC. D/B/A L. BRANDY | ) | Case No. 10-04456-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

TO:   THE HONORABLE JOHN H. SQUIRES

NOW COMES GINA B. KROL, Trustee herein, pursuant to 11 U.S.C. §330, and requests $5,370.90 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $46,209.01. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,120.90 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $5,370.90 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 7th day of October, 2010.

    /s/ Gina B. Krol
    SIGNATURE

    105 WEST MADISON STREET
    SUITE 1100
    CHICAGO, IL  60602-0000
    ADDRESS