IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

## N O T I C E

TO:   Ms. Lauren Newman, via CM/ECF
       Mr. Kent Gaertner, via CM/ECF
       Mr. Terrance Fenelon, via CM/ECF

        PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.


                        _____/s/   GINA B. KROL_____
                        GINA B. KROL
                        105 W. Madison St., Ste 1100
                        Chicago, IL 60602
                        312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |


        GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

                        _____/s/   GINA B. KROL_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

**N O T I C E**

TO:   Ms. Lauren Newman, via CM/ECF
Mr. Kent Gaertner, via CM/ECF
Mr. Terrance Fenelon, via CM/ECF

PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

_____/s/   GINA B. KROL_____
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS      )
) SS
COUNTY OF C O O K      )

GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

_____/s/   GINA B. KROL_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

### **N O T I C E**

TO:   Ms. Lauren Newman, via CM/ECF
Mr. Kent Gaertner, via CM/ECF
Mr. Terrance Fenelon, via CM/ECF

PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

_____/s/   GINA B. KROL_____
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

_____/s/   GINA B. KROL_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| LBW ACQUISITION, INC., | ) | 10 B 04456 |
| | ) | |
| Debtor. | ) | |

## N O T I C E

TO:   Ms. Lauren Newman, via CM/ECF
      Mr. Kent Gaertner, via CM/ECF
      Mr. Terrance Fenelon, via CM/ECF

      PLEASE TAKE NOTICE that on the 15th day of October, 2010 at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JOHN H. SQUIRES,** Bankruptcy Judge, at the DuPage County Courthouse, 505 North County Farm Road, Courtroom No. 4016, Wheaton, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                  _____/s/   GINA B. KROL_____
                  GINA B. KROL
                  105 W. Madison St., Ste 1100
                  Chicago, IL 60602
                  312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF C O O K | ) |

      GINA B. KROL, being first duly sworn on oath, deposes and states that the foregoing Notice together with a copy of the Application attached thereto was served on the above Service List by the means set forth above, this 7th day of October, 2010.

                  _____/s/   GINA B. KROL_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Chapter 7 |
| | ) | |
| **LBW AQUISITION INC.** | ) | |
| **d/b/a L. BRANDYS** | ) | No. 10 B 04456 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge John H. Squires |

## FIRST AND FINAL FEE APPLICATION & REQUEST FOR REIMBURSEMENT OF EXPENSES OF COHEN & KROL

NOW COMES Cohen & Krol, as attorneys for Chapter 7 Trustee Gina B. Krol, and apply to this Honorable Court for an order approving the payment of fees in the amount of $5,386.50 and expenses in the amount of $105.02 pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in support thereof state as follows:

### I. BACKGROUND

1.     On February 5, 2010, the Debtor, LBW Aquisition Inc., filed the instant Voluntary Petition under Chapter 7 of Title 11, United States Code.

2.     That Gina B. Krol is the duly appointed, qualified and acting Trustee herein.

3.     That the Section 341 Meeting of Creditors was held on March 23, 2010.

4.     This is the First and Final Fee Application & Request for Reimbursement of Expenses brought by Cohen & Krol.  No previous Fee Application or Request for Reimbursement of Expenses was brought by Cohen & Krol in the instant matter.

1

## II. SERVICES COVERED BY THIS APPLICATION

5.    Cohen & Krol rendered services in the instant case which benefitted the

Debtor's Bankruptcy Estate during the period of April 8, 2010 to October 15, 2010.

(See Itemization of Services Rendered, attached hereto as Exhibit "A.")  The

services performed by Cohen & Krol are described in the following paragraphs and

are summarized as follows:

| ACTIVITY | HOURS | AMOUNT REQUESTED |
|---|---|---|
| Admin. Expenses | 5.00 | $2,025.00 |
| Professional Employment | 7.70 | $3,118.50 |
| Sale of Assets | 0.60 | $243.00 |
| **TOTAL:** | **13.30** | **$5,386.50** |

6.    **ADMIN. EXPENSES**

Cohen & Krol has reviewed and made numerous appearances in court on

motion for payment of administrative expenses filed by Clarendon Hills Partnership;

filed a response to Clarendon Hills Partnership's motion; and prepared Trustee's

motion for authority to pay administrative expense claims pursuant to 11 U.S.C.

§506(c).

Cohen & Krol has expended 5.00 hours in performing the above-described

services and is seeking compensation in the amount of $2,025.00.

7.    **PROFESSIONAL EMPLOYMENT**

Cohen & Krol has drafted and appeared in Court on motion to employ the firm as

attorneys for the Trustee; drafted and appeared in Court on motion to employ

2

Donald Dodge as auctioneer for the Trustee and to sell Debtor's property; drafted and appeared in Court on application for compensation for Donald Dodge; and drafted and appeared in Court on motion to employ Alan Lasko as accountant for the Trustee.

Cohen & Krol has expended 7.00 hours in performing the above-described services and is seeking compensation in the amount of $3,118.50.

8.    **SALE OF ASSETS**

Cohen and Krol has reviewed the report of sale of Debtor's assets submitted by Donald Dodge and filed the same with the Court.

Cohen & Krol has expended 0.60 hours in performing the above-described services and is seeking compensation in the amount of $243.00.

### III. SUMMARY

9.    That the hourly rate for Cohen & Krol is as follows:

| Attorney | Year | Rate | Hours | Total |
|----------|------|------|-------|-------|
| Gina B. Krol | 2010 | 405.00 | 13.30 | 5,386.50 |

10.    That the fair market value of the services to the Debtor's Bankruptcy Estate rendered by Cohen & Krol, based upon the skill required, the nature of the services rendered and the usual and customary fees charged by Cohen & Krol for services of this type is $5,386.50.

11.    That Cohen & Krol has further incurred expenses related to the instant matter in the amount of $105.02.

3

12.    That the above-described fees and expenses are sought to be allowed and

paid to Cohen & Krol by the Trustee, Gina B. Krol.

### IV. CONCLUSION

WHEREFORE, Cohen & Krol, requests that this Court enter an Order:

A.  Determining that the legal services and fees incurred were necessary and

reasonable;

B.  Allowing compensation to Cohen & Krol in the amount of

$5,386.50, to be paid by the Trustee Gina B. Krol;

C.  Allowing the Trustee to reimburse Cohen  & Krol for expenses in the

amount of $105.02;

D.  Granting such other and further relief as this court may deem just and

proper.


Respectfully submitted:


By: /s/ Yan Teytelman
    One of Attorneys for Trustee


JOSEPH E. COHEN
GINA B. KROL
YAN TEYTELMAN
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, IL 60602
(312) 368-0300


4