# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
LBW AQUISITION INC. D/B/A L. BRANDY § Case No. 10-04456 DRC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___ . The undersigned trustee was appointed on ___ .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-04456 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | | Date Filed (f) or Converted (c): | 02/05/10 (f) |
| | | | | 341(a) Meeting Date: | 03/23/10 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 08/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 2,566.75 | 0.00 | | 0.00 | FA |
| Debtor testified that account was zero after all checks had cleared and bank had withdrawn fees | | | | | |
| ASSET 1 is cross-collateralized with asset(s) 3,4. | | | | | |
| 2. VEHICLE | 5,000.00 | 0.00 | | 2,250.00 | FA |
| 3. OFFICE EQUIPMENT | 4,050.00 | 335.00 | | 335.00 | FA |
| Is cross-collateralized with asset(s) 1,4. | | | | | |
| 4. Inventory | 151,736.00 | 45,869.00 | | 43,619.00 | FA |
| Is cross-collateralized with asset(s) 1,3. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.61 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $163,352.75 | $46,204.00 | | $46,209.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is working on TFR
October 16, 2014, 03:15 pm
Trustee to file TFR
October 17, 2013, 02:26 pm

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL
_____    Date: 02/03/15

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-04456   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | Date Filed (f) or Converted (c): | 02/05/10 (f) |
| | | 341(a) Meeting Date: | 03/23/10 |
| | | Claims Bar Date: | 08/20/10 |

GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0147 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/10 | 2, 3, 4 | American Auction Associates, Inc. | Proceeds of sale | 1129-000 | 46,204.00 | | 46,204.00 |
| | | 8515 Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 46,204.67 |
| 06/09/10 | 000301 | Donald Dodge | Auctioneer Expenses per Court Order | 3620-000 | | 3,405.73 | 42,798.94 |
| | | American Auction Associates, Inc. | | | | | |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.09 | | 42,800.03 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.09 | | 42,801.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.10 | | 42,802.22 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 42,803.28 |
| 10/18/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 42,803.88 |
| 10/18/10 | | Transfer to Acct #*******3183 | Final Posting Transfer | 9999-000 | | 42,803.88 | 0.00 |

| Account *******0147 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 46,204.00 | 1 | Checks | 3,405.73 |
| 6 | Interest Postings | | 5.61 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | $ 46,209.61 | 1 | Transfers Out | 42,803.88 |
| 0 | Adjustments In | | 0.00 | | Total | $ 46,209.61 |
| 0 | Transfers In | | 0.00 | | | |
| | | Total | $ 46,209.61 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3183  BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/10 | | Transfer from Acct #*******0147 | Transfer In From MMA Account | 9999-000 | 42,803.88 | | 42,803.88 |
| 10/18/10 | 003001 | GINA B. KROL | Chapter 7 Compensation/Fees | 2100-000 | | 5,370.96 | 37,432.92 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 10/18/10 | 003002 | Alan D. Lasko & Associates | Accountant Fees per Court Order | | | 680.18 | 36,752.74 |
| | | 29 S. LaSalle St., Ste. 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| | | | Fees          678.82 | 3410-000 | | | |
| | | | Expenses        0.68 | 3420-000 | | | |
| | | | Interest        0.68 | 7990-000 | | | 36,752.74 |
| 10/18/10 | 003003 | Cohen & Krol | Attorneys Fees per Court Order | | | 3,540.63 | 33,212.11 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        3,533.55 | 3110-000 | | | |
| | | | Expenses        3.54 | 3120-000 | | | |
| | | | Interest        3.54 | 7990-000 | | | 33,212.11 |
| 10/18/10 | 003004 | Cohen & Krol | Attorney Expenses per Court Order | | | 105.12 | 33,106.99 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Expenses      105.02 | 3120-000 | | | |
| | | | Interest        0.10 | 7990-000 | | | 33,106.99 |
| 10/18/10 | 003005 | Gina B. Krol | Attorneys Fees per Court Order | | | 1,833.24 | 31,273.75 |
| | | 105 W. Madison Street | | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees        1,829.58 | 3110-000 | | | |
| | | | Expenses        1.83 | 3120-000 | | | |
| | | | Interest        1.83 | 7990-000 | | | 31,273.75 |
| * 10/18/10 | 003006 | Clarendon Hill Partnership | Post-Petition Use & Occupancy | | | 10,010.00 | 21,263.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.04

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3183 BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Claim        10,000.00<br>Interest             10.00 | 2410-003<br>7990-003 | | | |
| * 10/18/10 | 003006 | Clarendon Hill Partnership<br>c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Post-Petition Use & Occupancy<br>Trustee entered wrong amount for check | | | -10,010.00 | 31,273.75 |
| | | | Claim      (   10,000.00 )<br>Interest    (      10.00) | 2410-003<br>7990-003 | | | |
| * 10/18/10 | 003007 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale | | | 21,263.75 | 10,010.00 |
| | | | Claim        21,242.51<br>Interest             21.24 | 4210-003<br>7990-003 | | | |
| * 10/18/10 | 003007 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br>Trustee entered wrong amount of check | | | -21,263.75 | 31,273.75 |
| | | | Claim      (   21,242.51 )<br>Interest    (      21.24) | 4210-003<br>7990-003 | | | |
| 10/18/10 | 003008 | Clarendon Hill Partnership<br>c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Post-Petition Use & Occupancy | | | 10,000.00 | 21,273.75 |
| | | | Claim         9,990.00<br>Interest             10.00 | 2410-000<br>7990-000 | | | |

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3183 BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/18/10 | 003009 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale | | | 21,263.75 | 10.00 |
| | | | Claim       21,242.51 | 4210-003 | | | |
| | | | Interest          21.24 | 7990-003 | | | |
| * 10/18/10 | 003009 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br>Still wrong amount | | | -21,263.75 | 21,273.75 |
| | | | Claim     ( 21,242.51 ) | 4210-003 | | | |
| | | | Interest    (     21.24) | 7990-003 | | | |
| 10/18/10 | 003010 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale | | | 21,273.75 | 0.00 |
| | | | Claim       21,252.51 | 4210-000 | | | |
| | | | Interest          21.24 | 7990-000 | | | |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-04456 -DRC |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY |
| Taxpayer ID No: | *******8877 |
| For Period Ending: | 01/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3183 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******3183
| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 13 | Checks | 42,803.88 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 42,803.88 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 42,803.88 | | | |
| | Total | $ 42,803.88 | | | |

Report Totals
| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 46,204.00 | 18 | Checks | 46,209.61 |
| 6 | Interest Postings | 5.61 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 42,803.88 |
| | Subtotal | $ 46,209.61 | | | |
| | | | | Total | $ 89,013.49 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 42,803.88 | | | |
| | Total | $ 89,013.49 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 02/03/15
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 18.04

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 03, 2015 |
|---|---|---|---|---|---|---|

Case Number:  10-04456   Claim Number Sequence
Debtor Name:  LBW AQUISITION INC. D/B/A L. BRANDY   Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3420-00 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Administrative | | $0.00 | $679.50 | $679.50 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,537.09 | $3,537.09 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $105.02 | $105.02 |
| 001<br>3110-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,831.41 | $1,831.41 |
| 999<br>2410-00 | Clarendon Hill Partnership<br>c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| 050<br>4210-00 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Secured | | $0.00 | $689,578.47 | $21,273.75 |
| 000001<br>070<br>7100-00 | The CIT Group/Commercial Services Inc.<br>11 West 42nd Street<br>New York, NY 10036 | Unsecured | | $0.00 | $6,868.00 | $6,868.00 |
| 000002<br>070<br>7100-00 | The Bradbum Company<br>c/o: FMCA<br>PO Box 5929<br>High POint, NC 27262 | Unsecured | | $0.00 | $1,685.65 | $1,685.65 |
| 000003<br>070<br>7100-00 | Avaya<br>C/O: RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $20.43 | $20.43 |
| 000004<br>070<br>7100-00 | Berger<br>1380 Highland Road<br>Macedonia, OH 44056 | Unsecured | | $0.00 | $142.60 | $142.60 |
| 000005<br>070<br>7100-00 | The Bradbum Company<br>c/o: FMCA<br>PO Box 5929<br>High POint, NC 27262 | Unsecured | | $0.00 | $1,685.65 | $1,685.65 |
| 000006<br>070<br>7100-00 | K & K Interiors<br>2230 Superior Street<br>Sandusky, OH 44870 | Unsecured | | $0.00 | $1,025.70 | $1,025.70 |

CREGIS2   UST Form 101-7-TFR (5/1/2011) *(Page: 10)*   Printed: 02/03/15 09:55 AM   Ver: 18.04

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 03, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 10-04456 | | Claim Number Sequence | | | |
| Debtor Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Furniture Brands Int'll Maitland Smith<br>c/o: FMCA<br>PO Box 5929<br>High point, NC 27262 | Unsecured | | $0.00 | $6,083.04 | $6,083.04 |
| 000008<br>070<br>7100-00 | John-Richard<br>306 Eastman<br>Greenwood, MS 38930 | Unsecured | | $0.00 | $3,951.14 | $3,951.14 |
| 000009<br>070<br>7100-00 | Bernard Christianson<br>1577 D New Garden Rd, Box 258<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $4,526.00 | $4,526.00 |
| 000010<br>070<br>7100-00 | Caspari<br>99 Cogwheel Lane<br>Seymour, CT 06483 | Unsecured | | $0.00 | $709.41 | $709.41 |
| 000011<br>070<br>7100-00 | cbk<br>PO Box 143, 600 E Sherwood Dr.<br>Union City, TN 38281-0143 | Unsecured | | $0.00 | $3,747.55 | $3,747.55 |
| 000012<br>070<br>7100-00 | Chelsea House<br>PO Box 399<br>Gastonia, NC 28053 | Unsecured | | $0.00 | $1,194.84 | $1,194.84 |
| 000013<br>070<br>7100-00 | Melrose International LLC<br>1400 N 30th St., Suite 22<br>PO Box 3441<br>Quincy, IL 62305 | Unsecured | | $0.00 | $876.58 | $876.58 |
| 000014<br>070<br>7100-00 | Select Aritificials Inc<br>701 N. 15th Street, 8th Floor<br>St Louis, MO 63103 | Unsecured | | $0.00 | $4,067.17 | $4,067.17 |
| 000015<br>070<br>7100-00 | Duralee Fabrics<br>1775 Fifth Avenue, PO Box 9179<br>Bay Shore, NY 11706-9179 | Unsecured | | $0.00 | $915.13 | $915.13 |
| 000016<br>070<br>7100-00 | Bedford Cottage<br>25 Canal Street<br>Suncook, NH 03275 | Unsecured | | $0.00 | $98.18 | $98.18 |
| 000017<br>070<br>7100-00 | Loloi Rugs<br>14335 Inwood Rd. Suite 101<br>Dallas, TX 75244 | Unsecured | | $0.00 | $1,175.33 | $1,175.33 |
| 000018<br>070<br>7100-00 | Department 56/Lenox Corporation<br>PO Box 9152<br>Minneapolis, MN 55480 | Unsecured | | $0.00 | $4,009.20 | $4,009.20 |
| 000019<br>070<br>7100-00 | North Star by Premier<br>3700-1 Port Jacksonville Parkway<br>Jacksonville, FL 32226 | Unsecured | | $0.00 | $3,677.11 | $3,677.11 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 03, 2015 |

Case Number:  10-04456  
Debtor Name:  LBW AQUISITION INC. D/B/A L. BRANDY  
Claim Number Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000020<br>070<br>7100-00 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | Unsecured | | $0.00 | $11,946.47 | $11,946.47 |
| 000021<br>070<br>7100-90 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $19,000.69 | $19,000.69 |
| 000022A<br>050<br>4110-00 | JP Morgan Chase Bank<br>c/o Robert F. Rabin<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602 | Secured | | $0.00 | $42,000.00 | $42,000.00 |
| 000022B<br>070<br>7100-00 | JP Morgan Chase Bank<br>c/o Robert F. Rabin<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602 | Unsecured | | $0.00 | $647,678.47 | $647,678.47 |
| 000023<br>070<br>7100-00 | Amscan<br>80 Grasslands Road<br>Elmsford, NY 10523 | Unsecured | | $0.00 | $1,500.75 | $1,500.75 |
| 000024<br>070<br>7100-00 | Paul Robert Inc<br>PO Box 969<br>Taylorsville, NC 28681 | Unsecured | | $0.00 | $3,627.00 | $3,627.00 |
| 000025<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section/Claims<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $1,319.87 | $1,319.87 |
| 000026<br>070<br>7100-00 | L. B. Designs, Inc.<br>720 Windsor Road<br>Sugar Grove, IL 60554 | Unsecured | | $0.00 | $106,761.90 | $106,761.90 |
| 000027<br>070<br>7100-00 | Spruce it Up, Inc.<br>0 N. 557 Herrick Dr.<br>Wheaton, IL 60187 | Unsecured | | $0.00 | $7,581.38 | $7,581.38 |
| 000028<br>070<br>7100-00 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | Unsecured | | $0.00 | $663.94 | $663.94 |
| 000029<br>070<br>7100-00 | Clarendon Hills Partnership<br>3604 Woodland Ln<br>Downers Grove, IL 60515 | Unsecured | | $0.00 | $82,596.73 | $82,596.73 |
| 000030<br>070<br>7100-90 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | Unsecured | | $0.00 | $11,946.47 | $11,946.47 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 12)*            Printed: 02/03/15 09:55 AM    Ver: 18.04

| Page 4 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: February 03, 2015 |
|---|---|---|---|---|---|---|

Case Number:   10-04456                           Claim Number Sequence
Debtor Name:   LBW AQUISITION INC. D/B/A L. BRANDY       Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000031<br>080<br>7200-00 | The Platt Collections<br>PO Box 3397<br>South El Monte, CA 91733 | Unsecured | | $0.00 | $2,772.90 | $2,772.90 |
| | Case Totals: | | | $0.00 | $1,691,586.77 | $1,023,282.05 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-04456 DRC
Case Name: LBW AQUISITION INC. D/B/A L. BRANDY
Trustee Name: GINA B. KROL

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | JP Morgan Chase c/o Ms. Lauren Newman THOMPSON COBURN LLP 55 E. Monroe St., 37th Floor Chicago, IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors                               $_____

Remaining Balance                                                         $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ | $ | $ |
| Other: Clarendon Hill Partnership | $ | $ | $ |
| Other: Gina B. Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The CIT Group/Commercial Services Inc. 11 West 42nd Street New York, NY 10036 | $ | $ | $ |
| 000002 | The Bradbum Company c/o: FMCA PO Box 5929 High POint, NC 27262 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Avaya<br>C/O: RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, Maryland 21094 | $ | $ | $ |
| 000004 | Berger<br>1380 Highland Road<br>Macedonia, OH 44056 | $ | $ | $ |
| 000005 | The Bradbum Company<br>c/o: FMCA<br>PO Box 5929<br>High POint, NC 27262 | $ | $ | $ |
| 000006 | K & K Interiors<br>2230 Superior Street<br>Sandusky, OH 44870 | $ | $ | $ |
| 000007 | Furniture Brands Int'll<br>Maitland Smith<br>c/o: FMCA<br>PO Box 5929<br>High point, NC 27262 | $ | $ | $ |
| 000008 | John-Richard<br>306 Eastman<br>Greenwood, MS 38930 | $ | $ | $ |
| 000009 | Bernard Christianson<br>1577 D New Garden Rd, Box 258<br>Greensboro, NC 27410 | $ | $ | $ |
| 000010 | Caspari<br>99 Cogwheel Lane<br>Seymour, CT 06483 | $ | $ | $ |
| 000011 | cbk<br>PO Box 143, 600 E Sherwood Dr.<br>Union City, TN 38281-0143 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Chelsea House<br>PO Box 399<br>Gastonia, NC 28053 | $ | $ | $ |
| 000013 | Melrose International LLC<br>1400 N 30th St., Suite 22<br>PO Box 3441<br>Quincy, IL 62305 | $ | $ | $ |
| 000014 | Select Aritificials Inc<br>701 N. 15th Street, 8th Floor<br>St Louis, MO 63103 | $ | $ | $ |
| 000015 | Duralee Fabrics<br>1775 Fifth Avenue, PO Box 9179<br>Bay Shore, NY 11706-9179 | $ | $ | $ |
| 000016 | Bedford Cottage<br>25 Canal Street<br>Suncook, NH 03275 | $ | $ | $ |
| 000017 | Loloi Rugs<br>14335 Inwood Rd. Suite 101<br>Dallas, TX 75244 | $ | $ | $ |
| 000018 | Department 56/Lenox Corporation<br>PO Box 9152<br>Minneapolis, MN 55480 | $ | $ | $ |
| 000019 | North Star by Premier<br>3700-1 Port Jacksonville Parkway<br>Jacksonville, FL 32226 | $ | $ | $ |
| 000020 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000022B | JP Morgan Chase Bank<br>c/o Robert F. Rabin<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602 | $ | $ | $ |
| 000023 | Amscan<br>80 Grasslands Road<br>Elmsford, NY 10523 | $ | $ | $ |
| 000024 | Paul Robert Inc<br>PO Box 969<br>Taylorsville, NC 28681 | $ | $ | $ |
| 000025 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section/Claims<br>Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000026 | L. B. Designs, Inc.<br>720 Windsor Road<br>Sugar Grove, IL 60554 | $ | $ | $ |
| 000027 | Spruce it Up, Inc.<br>0 N. 557 Herrick Dr.<br>Wheaton, IL 60187 | $ | $ | $ |
| 000028 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ | $ | $ |
| 000029 | Clarendon Hills Partnership<br>3604 Woodland Ln<br>Downers Grove, IL 60515 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | The Platt Collections<br>PO Box 3397<br>South El Monte, CA 91733 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance      $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE