UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
LBW AQUISITION INC. D/B/A L.                  §    Case No. 10-04456 DRC
BRANDY
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    KENNETH S. GARDNER
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/13/2015 in Courtroom 240,
    Kane County Courthouse
    100 S. Third Street
    Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/12/2015    By: CLERK OF BANKRUPTCY COURT
        Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| LBW AQUISITION INC. D/B/A L. BRANDY | § | Case No. 10-04456 DRC |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of     $

and approved disbursements of          $

leaving a balance on hand of[1]        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | JP Morgan Chase c/o Ms. Lauren Newman THOMPSON COBURN LLP 55 E. Monroe St., 37th Floor Chicago, IL 60603 | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance                         $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ | $ | $ |
| Other: Clarendon Hill Partnership | $ | $ | $ |
| Other: Gina B. Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The CIT Group/Commercial Services Inc. 11 West 42nd Street New York, NY 10036 | $ | $ | $ |
| 000002 | The Bradbum Company c/o: FMCA PO Box 5929 High POint, NC 27262 | $ | $ | $ |
| 000003 | Avaya C/O: RMS Bankruptcy Recovery Services PO Box 5126 Timonium, Maryland 21094 | $ | $ | $ |
| 000004 | Berger 1380 Highland Road Macedonia, OH 44056 | $ | $ | $ |
| 000005 | The Bradbum Company c/o: FMCA PO Box 5929 High POint, NC 27262 | $ | $ | $ |
| 000006 | K & K Interiors 2230 Superior Street Sandusky, OH 44870 | $ | $ | $ |
| 000007 | Furniture Brands Int'll Maitland Smith c/o: FMCA PO Box 5929 High point, NC 27262 | $ | $ | $ |
| 000008 | John-Richard 306 Eastman Greenwood, MS 38930 | $ | $ | $ |
| 000009 | Bernard Christianson 1577 D New Garden Rd, Box 258 Greensboro, NC 27410 | $ | $ | $ |
| 000010 | Caspari 99 Cogwheel Lane Seymour, CT 06483 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | cbk<br>PO Box 143, 600 E Sherwood Dr.<br>Union City, TN 38281-0143 | $ | $ | $ |
| 000012 | Chelsea House<br>PO Box 399<br>Gastonia, NC 28053 | $ | $ | $ |
| 000013 | Melrose International LLC<br>1400 N 30th St., Suite 22<br>PO Box 3441<br>Quincy, IL 62305 | $ | $ | $ |
| 000014 | Select Aritificials Inc<br>701 N. 15th Street, 8th Floor<br>St Louis, MO 63103 | $ | $ | $ |
| 000015 | Duralee Fabrics<br>1775 Fifth Avenue, PO Box 9179<br>Bay Shore, NY 11706-9179 | $ | $ | $ |
| 000016 | Bedford Cottage<br>25 Canal Street<br>Suncook, NH 03275 | $ | $ | $ |
| 000017 | Loloi Rugs<br>14335 Inwood Rd. Suite 101<br>Dallas, TX 75244 | $ | $ | $ |
| 000018 | Department 56/Lenox Corporation<br>PO Box 9152<br>Minneapolis, MN 55480 | $ | $ | $ |
| 000019 | North Star by Premier<br>3700-1 Port Jacksonville Parkway<br>Jacksonville, FL 32226 | $ | $ | $ |
| 000020 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000022B | JP Morgan Chase Bank<br>c/o Robert F. Rabin<br>Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602 | $ | $ | $ |
| 000023 | Amscan<br>80 Grasslands Road<br>Elmsford, NY 10523 | $ | $ | $ |
| 000024 | Paul Robert Inc<br>PO Box 969<br>Taylorsville, NC 28681 | $ | $ | $ |
| 000025 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section/Claims<br>Oakbrook Terrace, IL 60181 | $ | $ | $ |
| 000026 | L. B. Designs, Inc.<br>720 Windsor Road<br>Sugar Grove, IL 60554 | $ | $ | $ |
| 000027 | Spruce it Up, Inc.<br>0 N. 557 Herrick Dr.<br>Wheaton, IL 60187 | $ | $ | $ |
| 000028 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ | $ | $ |
| 000029 | Clarendon Hills Partnership<br>3604 Woodland Ln<br>Downers Grove, IL 60515 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Raz Imports, Inc.<br>c/o: Johnson, Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, Fl 33487-2721 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | The Platt Collections<br>PO Box 3397<br>South El Monte, CA 91733 | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors      $_____

    Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/GINA B. KROL
                          Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.