# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LBW AQUISITION INC. D/B/A L. BRANDY | § | Case No. 10-04456 DRC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/13/2015 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/12/2015          By: CLERK OF BANKRUPTCY COURT
Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LBW AQUISITION INC. D/B/A L. BRANDY | § | Case No. 10-04456 DRC |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 46,209.61 |
| and approved disbursements of | $ | 46,209.61 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | JP Morgan Chase c/o Ms. Lauren Newman THOMPSON COBURN LLP 55 E. Monroe St., 37th Floor Chicago, IL 60603 | $    689,578.47 | $    21,273.75 | $    21,273.75 | $    0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,370.96 | $ 5,370.96 | $ 0.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,537.09 | $ 3,537.09 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates | $ 679.50 | $ 679.50 | $ 0.00 |
| Other: Clarendon Hill Partnership | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: Gina B. Krol | $ 1,831.41 | $ 1,831.41 | $ 0.00 |
| Other: Cohen & Krol | $ 105.02 | $ 105.02 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $_____ 0.00

Remaining Balance          $_____ 0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 941,082.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The CIT Group/Commercial Services Inc. 11 West 42nd Street New York, NY 10036 | $ 6,868.00 | $ 0.00 | $ 0.00 |
| 000002 | The Bradbum Company c/o: FMCA PO Box 5929 High POint, NC 27262 | $ 1,685.65 | $ 0.00 | $ 0.00 |
| 000003 | Avaya C/O: RMS Bankruptcy Recovery Services PO Box 5126 Timonium, Maryland 21094 | $ 20.43 | $ 0.00 | $ 0.00 |
| 000004 | Berger 1380 Highland Road Macedonia, OH 44056 | $ 142.60 | $ 0.00 | $ 0.00 |
| 000005 | The Bradbum Company c/o: FMCA PO Box 5929 High POint, NC 27262 | $ 1,685.65 | $ 0.00 | $ 0.00 |
| 000006 | K & K Interiors 2230 Superior Street Sandusky, OH 44870 | $ 1,025.70 | $ 0.00 | $ 0.00 |
| 000007 | Furniture Brands Int'll Maitland Smith c/o: FMCA PO Box 5929 High point, NC 27262 | $ 6,083.04 | $ 0.00 | $ 0.00 |
| 000008 | John-Richard 306 Eastman Greenwood, MS 38930 | $ 3,951.14 | $ 0.00 | $ 0.00 |
| 000009 | Bernard Christianson 1577 D New Garden Rd, Box 258 Greensboro, NC 27410 | $ 4,526.00 | $ 0.00 | $ 0.00 |
| 000010 | Caspari 99 Cogwheel Lane Seymour, CT 06483 | $ 709.41 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | cbk PO Box 143, 600 E Sherwood Dr. Union City, TN 38281-0143 | $      3,747.55 | $      0.00 | $      0.00 |
| 000012 | Chelsea House PO Box 399 Gastonia, NC 28053 | $      1,194.84 | $      0.00 | $      0.00 |
| 000013 | Melrose International LLC 1400 N 30th St., Suite 22 PO Box 3441 Quincy, IL 62305 | $      876.58 | $      0.00 | $      0.00 |
| 000014 | Select Aritificials Inc 701 N. 15th Street, 8th Floor St Louis, MO 63103 | $      4,067.17 | $      0.00 | $      0.00 |
| 000015 | Duralee Fabrics 1775 Fifth Avenue, PO Box 9179 Bay Shore, NY 11706-9179 | $      915.13 | $      0.00 | $      0.00 |
| 000016 | Bedford Cottage 25 Canal Street Suncook, NH 03275 | $      98.18 | $      0.00 | $      0.00 |
| 000017 | Loloi Rugs 14335 Inwood Rd. Suite 101 Dallas, TX 75244 | $      1,175.33 | $      0.00 | $      0.00 |
| 000018 | Department 56/Lenox Corporation PO Box 9152 Minneapolis, MN 55480 | $      4,009.20 | $      0.00 | $      0.00 |
| 000019 | North Star by Premier 3700-1 Port Jacksonville Parkway Jacksonville, FL 32226 | $      3,677.11 | $      0.00 | $      0.00 |
| 000020 | Raz Imports, Inc. c/o: Johnson, Morgan & White 6800 Broken Sound Parkway Boca Raton, Fl 33487-2721 | $      11,946.47 | $      0.00 | $      0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000021 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ 19,000.69 | $ 0.00 | $ 0.00 |
| 000022B | JP Morgan Chase Bank c/o Robert F. Rabin Robbins, Salomon & Patt, Ltd.<br>25 E. Washington Street, Suite 1000<br>Chicago, IL 60602 | $ 647,678.47 | $ 0.00 | $ 0.00 |
| 000023 | Amscan<br>80 Grasslands Road<br>Elmsford, NY 10523 | $ 1,500.75 | $ 0.00 | $ 0.00 |
| 000024 | Paul Robert Inc<br>PO Box 969<br>Taylorsville, NC 28681 | $ 3,627.00 | $ 0.00 | $ 0.00 |
| 000025 | Commonwealth Edison Company<br>3 Lincoln Center, 4th Floor<br>Attn: Bankruptcy Section/Claims<br>Oakbrook Terrace, IL 60181 | $ 1,319.87 | $ 0.00 | $ 0.00 |
| 000026 | L. B. Designs, Inc.<br>720 Windsor Road<br>Sugar Grove, IL 60554 | $ 106,761.90 | $ 0.00 | $ 0.00 |
| 000027 | Spruce it Up, Inc.<br>0 N. 557 Herrick Dr.<br>Wheaton, IL 60187 | $ 7,581.38 | $ 0.00 | $ 0.00 |
| 000028 | Nicor Gas<br>PO Box 549<br>Aurora IL 60507 | $ 663.94 | $ 0.00 | $ 0.00 |
| 000029 | Clarendon Hills Partnership<br>3604 Woodland Ln<br>Downers Grove, IL 60515 | $ 82,596.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Raz Imports, Inc. c/o: Johnson, Morgan & White 6800 Broken Sound Parkway Boca Raton, Fl 33487-2721 | $    11,946.47 | $    0.00 | $    0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 2,772.90  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | The Platt Collections PO Box 3397 South El Monte, CA 91733 | $    2,772.90 | $    0.00 | $    0.00 |

Total to be paid to tardy general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/GINA B. KROL _____
                                        Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-04456-DRC
LBW Aquisition Inc. d/b/a L. Brandys                                      Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 3          Date Rcvd: Feb 12, 2015
                             Form ID: pdf006          Total Noticed: 94


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2015.
```
db              +LBW Aquisition Inc. d/b/a L. Brandys,   c/o Brad Walker,   1829 Syracuse Rd.,
                 Naperville, IL 60565-6763
15063239       +Abrams & Abrams, P.C.,   180 W. Washington St., Suite 910,   Chicago, IL 60602-2316
15063240       +Aldik Inc.,   3064 Payshpere Circle,   Chicago, IL 60674-0030
15063241        American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
15781857        American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
15063243       +Arteriors Home,   PO Box 846188,   Dallas, TX 75284-6188
15063244       +Artistica,   3200 Golf Course Drive,   Ventura, CA 93003-7696
15063246       +Attorney Maurice Holman,   381 B South Main Place,   Carol Steam, IL 60188-2427
15063247       +Avaya,   C/O: RMS Bankruptcy Recovery Services,   PO Box 5126,   Timonium, Maryland 21094-5126
15443543        Ayaya,   PO Box 5125,   Carol Stream, IL 60197-5125
15063262       +B,  Berger,   1380 Highland Road,   Macedonia, OH 44056-2310
15063248       +Baldwin Art Group,   Artistic Renditions, Inc.,   4449 W. Freeman Lane,   Muncie, IN 47304-6199
15063249        Baudelaire,   265 Old Homestead Highway,   Swanzey, NH 03446
15063250       +Bedford Cottage,   25 Canal Street,   Suncook, NH 03275-1601
15063251       +Benjamin & Williams,   Credit Investigators,   5485 Expressway Drive North,
                 Holtsville, NY 11742-1311
15063252       +Bentley Churchill,   5941 Rink Dam Rd,   Taylorsville, NC 28681-8217
15063253       +Bernard Christianson,   1577 D New Garden Rd, Box 258,   Greensboro, NC 27410-2726
15063254       +Biehl & Biehl, Inc.,   PO Box 87410,   Carol Stream, IL 60188-7410
15063255       +Brad and Laura Walker,   1829 Syracuse Rd,   Naperville, IL 60565-6763
15063257       +Bradburn Gallery,   PO Box 250253,   Atlanta, GA 30325-1253
15063258       +Bradley Walker,   1829 Syracuse Rd.,   Naperville, IL 60565-6763
15063266        CIT Group Commercial Services,   Jene's Collection,   PO Box 1036,   Charlotte, NC 28201-1036
15443545       +Caspari,   99 Cogwheel Lane,   Seymour, CT 06483-3900
15063264       +Castilian,   22008 N. Berwick Dr.,   Houston, TX 77095-5053
15063267       +Clarendon Hills Partnership,   3604 Woodland Ln,   Downers Grove, IL 60515-1517
15063269        Coface Collections,   PO Box 8510,   Metairie, LA 70011-8510
15063271        Cox Manufacturing Company Inc.,   PO Box 890011,   Charlotte, NC 28289-0011
15063272        Creative Fabrics Inc.,   121 Ava Dr, PO Box 189,   Hewitt, TX 76643-0189
15063273       +Dennis, Wenger & Abrell, P.C.,   324 W Jackson Blvd,   Muncie, IN 47305-1625
15063274       +Department 56/Lenox Corporation,   PO Box 9152,   Minneapolis, MN 55480-9152
15063275        Design Design Inc,   PO Box 2266,   Grand Rapids, MI 49501-2266
15063276        Dommermuth Brestal Cobine & West,   123 Water Street,   PO Box 565,   Naperville, IL 60566-0565
15063277        Duralee Fabrics,   1775 Fifth Avenue, PO Box 9179,   Bay Shore, NY 11706-9179
15063278       +Elizabeth Marshall,   PO Box 250253,   Atlanta, GA 30325-1253
15063279       +Fantastic Craft Inc,   162 57th Street,   Brooklyn, NY 11220-2514
15063280       +FedEx National LTL,   PO Box 95001,   Lakeland, FL 33804-5001
15443547       +First Data Merchant Services,   PO Box 17548,   Denver, CO 80217-0548
15063283       +GMA,   419 Ogden Avenue,   Clarendon Hills, IL 60514-2806
15063284        Godinger Silver Art Co.,   63-15 Traffic Avenue,   Ridgewook, NY 11385-2629
15063285       +Guardian Freight, LLC,   PO Box 8500, LB# 8116,   Philadelphia, PA 19178-8116
15063286        Interlude Home Inc,   PO Box 5009,   New Britain, CT 06050-5009
15063291       +JP Morgan Chase Bank N.A.,   Portfolio Mangmt. Center,   50 S. Main St., 9th Flr.,
                 Akron, OH 44308-1849
15063290       +JP Morgan Chase Bank N.A.,   Portfolio Mngmt. Center,   50 S. Main St. 9th Flr,,
                 Akron, OH 44308-1849
15063292       +JP Morgan Chase Visa,   P.O. Box 15298,   Wilmington, DE 19850-5298
15063288       +John-Richard,   306 Eastman,   Greenwood, MS 38930-7013
15063289       +Johnson, Morgan & White,   6800 Broken Sound Parkway,   Boca Raton, FL 33487-5709
15063293       +K & K Interiors,   2230 Superior Street,   Sandusky, OH 44870-1843
15063294       +Katherine's Collection,   PO Box 951185,   Cleveland, OH 44193-0005
15063295       +Kravet,   225 Central Avenue South,   Bethpage, NY 11714-4990
15063296       +L. B. Designs, Inc.,   720 Windsor Road,   Sugar Grove, IL 60554-9237
15063297       +Laura Walker,   1829 Syracuse Dr.,   Naperville, IL 60565-6763
15063301       +Loloi Rugs,   14335 Inwood Rd. Suite 101,   Dallas, TX 75244-3990
15063302       +Luxe Chicago Magazine/Sandow Media,   3731 NW 8th Avenue,   Boca Raton, FL 33431-6412
15063304        Lyon Collection Services, Inc.,   330 Seventh Avenue,   New York, NY 10001-5010
15063303        Lyon Collection Services, Inc.,   330 Seventh Avenue,   New York, NY 10001-5010
15063305        Maitland-Smith,   Furniture Brands International,   PO Box 751264,   Charlotte, NC 28275
15063307       +Mariposa,   The Barn, 5 Elm Street,   Manchester, MA 01944-1314
15063308       +Maxwell Fabrics,   925 B Boblett Street,   Blaine, WA 98230-9182
15063309       +Melrose International LLC,   1400 N 30th St., Suite 22,   PO Box 3441,   Quincy, IL 62305-3441
15063310        Midwest Seasons/Midwest - CBK,   24696 Network Place,   Chicago, IL 60673-1246
15443548       +Mike and Ally Inc,   43-01 21st Street 3123,   Long Island City, NY 11101-5023
15063311       +Minka Group,   Ambience, Metropolitan Lighting),   545 Alcoa Circle,   Corona, CA 92880-5420
15063314        Oak Forest Design Inc,   PO Box 248,   Vineburg, CA 95487-0248
15063316       +Pioneer Press,   3132 Payshpere Circle,   Chicago, IL 60674-0031
15063320       +RMS,   4836 Brecksville Road,   PO Box 523,   Richfield, OH 44286-0523
15063317        Raz Imports, Inc.,   c/o: Johnson, Morgan & White,   6800 Broken Sound Parkway,
                 Boca Raton, Fl 33487-2721
15063318       +Receivables Control Corporation,   7373 Kirkwood Court #200,   Maple Grove, MN 55369-5264
15063319       +Recovery Concepts Inc.,   1925 E. Beltline Road,   Suite 510,   Carrollton, TX 75006-5813
15063322       +Saro Trading Company,   3333 W. Pacific Ave,   Burbank, CA 91505-1553
```

```
District/off: 0752-1          User: adragonet          Page 2 of 3          Date Rcvd: Feb 12, 2015
                             Form ID: pdf006           Total Noticed: 94
```

```
15063323      +Select Aritificials Inc,   701 N. 15th Street, 8th Floor,   St Louis, MO 63103-1925
15666692      +Select Artificial Inc,   701 N. 15th Street, 8TH Floor,   St. Louis, MO 63103-1982
15063324      +Selva,   1430 Broadway, 8th Floor,   New York, NY 10018-3308
15063326       Spruce it Up, Inc.,   0 N. 557 Herrick Dr.,   Wheaton, IL 60187
15063327      +Stanford Furniture Corp.,   PO Box 69, 2860 North Oxford Street,   Claremont, NC 28610-0069
15115385      +The CIT Group/Commercial Services Inc.,   11 West 42nd Street,   New York, NY 10036-8012
15063331      +The Chaet Kaplan Baim Firm,   30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
15063336      +The Import Collection,   7885 Nelson Road,   Panorama City, CA 91402-6045
15063338      +Tomlinson/Erwin-Lambeth Inc,   201 East Holly Hill Road,   Thomasville, NC 27360-5819
15443549      +Veolia Enviromental Services,   4612 W Lake St.,   Melrose Park, IL 60160-2747
15063340      +Williams, Babbit & Weisman, Inc.,   5255 North Federal Highway,   Third Floor,
                Boca Raton, FL 33487-4901
15063264       cbk,   PO Box 143, 600 E Sherwood Dr.,   Union City, TN 38281-0143
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15063245       E-mail/Text: g17768@att.com Feb 13 2015 01:44:01      AT&T,   PO Box 8100,
                Aurora, IL 60507-8100
15063242      +E-mail/Text: collections@amscan.com Feb 13 2015 01:46:06      Amscan,   80 Grasslands Road,
                Elmsford, NY 10523-1100
15063265      +E-mail/Text: collections@bluelynxmedia.com Feb 13 2015 01:45:44      Chicago Tribune,
                14839 Collections Center Drive,   Chicago, IL 60693-0148
15063270       E-mail/Text: legalcollection@comed.com Feb 13 2015 01:46:27      ComEd,   PO Box 6111,
                Carol Stream, IL 60197-6111
15869820      +E-mail/Text: legalcollections@comed.com Feb 13 2015 01:46:27      Commonwealth Edison Company,
                3 Lincoln Center, 4th Floor,   Attn:  Bankruptcy Section/Claims,
                Oakbrook Terrace, IL 60181-4204
15063281      +E-mail/Text: van@fmcainc.com Feb 13 2015 01:44:32      FMCA,   PO Drawer 5929,
                109 Rockspring Road,   High Point, NC 27262-2509
15659738      +E-mail/Text: van@fmcainc.com Feb 13 2015 01:44:32      Furniture Brands Int'll Maitland Smith,
                c/o: FMCA,   PO Box 5929,   High point, NC 27262-5929
15982093      +E-mail/Text: bankrup@aglresources.com Feb 13 2015 01:43:51      Nicor Gas,   PO Box 549,
                Aurora IL 60507-0549
15063312       E-mail/Text: bankrup@aglresources.com Feb 13 2015 01:43:51      Nicor Gas,   PO Box 2020,
                Aurora, IL 60507-2020
15063315      +E-mail/Text: hollyshook@paulrobert.com Feb 13 2015 01:44:32      Paul Robert Inc,   PO Box 969,
                Taylorsville, NC 28681-0969
15063325      +E-mail/Text: dleadley@ameritech.net Feb 13 2015 01:45:18      Solomon & Leadley,
                320 East Indian trail,   Aurora, IL 60505-1787
15253600      +E-mail/Text: van@fmcainc.com Feb 13 2015 01:44:32      The Bradbum Company,   c/o: FMCA,
                PO Box 5929,   High POint, NC 27262-5929
15063339       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 13 2015 01:45:29      Transworld Systems,
                PO Box 4903,   Trenton, NJ 08650-4903
                                                                                      TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15063259       Bradley Walker,   See Above
15063260       Bradley Walker,   See Above
15063261       Bradley Walker,   See Above
15063298       Laura Walker,   See Above
15063299       Laura Walker,   See Above
15063300       Laura Walker,   See Above
15063256*     +Brad and Laura Walker,   1829 Syracuse Rd,   Naperville, IL 60565-6763
15063268*     +Clarendon Hills Partnership,   3604 Woodland Ln.,   Downers Grove, IL 60515-1517
15063282*     +FMCA,   PO Drawer 5929,   109 Rockspring Road,   High Point, NC 27262-2509
15659722*      The Bradbum Company,   c/o: FMCA,   PO Box 5929,   High Point, NC 27262-5929
15063332*     +The Chaet Kaplan Baim Firm,   30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
15063333*     +The Chaet Kaplan Baim Firm,   30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
15063334*     +The Chaet Kaplan Baim Firm,   30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
15063335*     +The Chaet Kaplan Baim Firm,   30 North LaSalle Street, Suite 1520,   Chicago, IL 60602-3387
15443542      ##+ADT Security Services Inc,   14200 E Exposition Ave,   Aurora, CO 80012-2540
15443544      ##+B Berger,   1380 Highland Road,   Machedonia, OH 44056-2310
15443546      ##+Chelsea House,   PO Box 399,   Gastonia, NC 28053-0399
15832732      ##+JP Morgan Chase Bank,   c/o Robert F. Rabin,   Robbins, Salomon & Patt, Ltd.,
                25 E. Washington Street, Suite 1000,   Chicago, IL 60602-1705
15063287      ##+Jaima Brown,   122C Ambrogio Drive,   Gurnee, IL 60031-5718
15063306      ##Marge Carson, Inc.,   PO Box 889,   Rosemead, CA 91770-0889
15063313      ##+North Star by Premier,   3700-1 Port Jacksonville Parkway,   Jacksonville, FL 32226-5901
15063321      ##+Robert Rabin,   Robbins, Salomon, & Patt Ltd.,   25 E. Washington St. 10th Flr.,
                Chicago, IL 60602-1705
15063328      ##+Teller Levit & Silvertrust,   11 E. Adams St. #800,   Chicago, IL 60603-6324
15063329      ##+Teller Levit & Silvertrust, P.C.,   11 E. Adams St. #800,   Chicago, IL 60603-6324
15063330      ##+Teller, Levit & Silvertrust, P.C.,   11 East Adams Street,   Chicago, IL 60603-6324
15063337      ##+The Platt Collections,   PO Box 3397,   South El Monte, CA 91733-0397
                                                                            TOTALS: 6, * 8, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1        User: adragonet        Page 3 of 3              Date Rcvd: Feb 12, 2015
                           Form ID: pdf006         Total Noticed: 94
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2015 at the address(es) listed below:

```
         Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
         Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
         Gina B Krol, ESQ    on behalf of Accountant Alan  Lasko gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
         Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
         Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
         Kent A Gaertner    on behalf of Debtor    LBW Aquisition Inc. d/b/a L. Brandys
           kgaertner@springerbrown.com,  kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Terence M Fenelon    on behalf of Creditor    Claredon Hills Partnership tmf523@comcast.net
         Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                            TOTAL: 9
```