UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
LBW AQUISITION INC. D/B/A L. § Case No. 10-04456 DRC
BRANDY
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                   . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL_____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022A | JP MORGAN CHASE BANK | | | | | |
| | JP MORGAN CHASE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| CLARENDON HILL PARTNERSHIP | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| DONALD DODGE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services, Inc. 14200 E. Exposition Ave Aurora, CO 80012 | | | | | |
| | AT&T PO Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Aldik Inc. 3064 Payshpere Circle Chicago, IL 60674 | | | | | |
| | Arteriors Home PO Box 846188 Dallas, TX 75284-6188 | | | | | |
| | Artistica 3200 Golf Course Drive Ventura, CA 93003 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | B | | | | | |
| | Baldwin Art Group Artistic Renditions, Inc. 4449 W. Freeman Lane Muncie, IN 47304 | | | | | |
| | Baudelaire 265 Old Homestead Highway Swanzey, NH 03446 | | | | | |
| | Bentley Churchill 5941 Rink Dam Rd Taylorsville, NC 28681 | | | | | |
| | Brad and Laura Walker 1829 Syracuse Rd Naperville, IL 60565 | | | | | |
| | Brad and Laura Walker 1829 Syracuse Rd Naperville, IL 60565 | | | | | |
| | Castilian 22008 N. Berwick Dr. Houston, TX 77095 | | | | | |
| | Chicago Tribune 14839 Collections Center Drive Chicago, IL 60693 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Cox Manufacturing Company Inc. PO Box 890011 Charlotte, NC 28289-0011 | | | | | |
| | Creative Fabrics Inc. 121 Ava Dr, PO Box 189 Hewitt, TX 76643-0189 | | | | | |
| | Design Design Inc PO Box 2266 Grand Rapids, MI 49501-2266 | | | | | |
| | Elizabeth Marshall PO Box 250253 Atlanta, GA 30325 | | | | | |
| | Fantastic Craft Inc 162 57th Street Brooklyn, NY 11220 | | | | | |
| | FedEx National LTL PO Box 95001 Lakeland, FL 33804-5001 | | | | | |
| | First Data Merchant Services PO Box 17548 Denver, CO 80217-7548 | | | | | |
| | GMA 419 Ogden Avenue Clarendon Hills, IL 60514 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Godinger Silver Art Co. 63-15 Traffic Avenue Ridgewook, NY 11385-2629 |  |  |  |  |  |
|  | Guardian Freight, LLC PO Box 8500, LB# 8116 Philadelphia, PA 19178-8116 |  |  |  |  |  |
|  | Interlude Home Inc PO Box 5009 New Britain, CT 06050-5009 |  |  |  |  |  |
|  | Jaima Brown 122C Ambrogio Drive Gurnee, IL 60031 |  |  |  |  |  |
|  | Katherine's Collection PO Box 951185 Cleveland, OH 44193 |  |  |  |  |  |
|  | Kravet 225 Central Avenue South Bethpage, NY 11714 |  |  |  |  |  |
|  | Luxe Chicago Magazine/Sandow Media 3731 NW 8th Avenue Boca Raton, FL 33431 |  |  |  |  |  |
|  | MIKE AND ALLY, INC. 43-01 21st Street 3123 Long Island City, NY 11101 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marge Carson, Inc. PO Box 889 Rosemead, CA 91770-0889 | | | | | |
| | Mariposa The Barn, 5 Elm Street Manchester, MA 01944 | | | | | |
| | Maxwell Fabrics 925 B Boblett Street Blaine, WA 98230 | | | | | |
| | Midwest Seasons/Midwest - CBK 24696 Network Place Chicago, IL 60673-1246 | | | | | |
| | Minka Group (Ambience, Metropolitan Lighting) 545 Alcoa Circle Corona, CA 92882 | | | | | |
| | Oak Forest Design Inc PO Box 248 Vineburg, CA 95487-0248 | | | | | |
| | Pioneer Press 3132 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Saro Trading Company 3333 W. Pacific Ave Burbank, CA 91505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Selva 1430 Broadway, 8th Floor New York, NY 10018 | | | | | |
| | Stanford Furniture Corp. PO Box 69, 2860 North Oxford Street Claremont, NC 28610 | | | | | |
| | The Import Collection 7885 Nelson Road Panorama City, CA 91402 | | | | | |
| | Tomlinson/Erwin-Lambeth Inc 201 East Holly Hill Road Thomasville, NC 27360 | | | | | |
| | Veolia Envrionmental Services 4612 W. Lake Street Melrose Park, IL 60160 | | | | | |
| 000023 | AMSCAN | | | | | |
| 000003 | AVAYA | | | | | |
| 000016 | BEDFORD COTTAGE | | | | | |
| 000004 | BERGER | | | | | |
| 000009 | BERNARD CHRISTIANSON | | | | | |
| 000010 | CASPARI | | | | | |
| 000011 | CBK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | CHELSEA HOUSE | | | | | |
| 000029 | CLARENDON HILLS PARTNERSHIP | | | | | |
| 000025 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000018 | DEPARTMENT 56/LENOX CORPORATION | | | | | |
| 000015 | DURALEE FABRICS | | | | | |
| 000007 | FURNITURE BRANDS INT'LL MAITLAND S | | | | | |
| 000008 | JOHN-RICHARD | | | | | |
| 000022B | JP MORGAN CHASE BANK | | | | | |
| 000006 | K & K INTERIORS | | | | | |
| 000026 | L. B. DESIGNS, INC. | | | | | |
| 000017 | LOLOI RUGS | | | | | |
| 000013 | MELROSE INTERNATIONAL LLC | | | | | |
| 000028 | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | NORTH STAR BY PREMIER | | | | | |
| 000024 | PAUL ROBERT INC | | | | | |
| 000020 | RAZ IMPORTS, INC. | | | | | |
| 000014 | SELECT ARITIFICIALS INC | | | | | |
| 000027 | SPRUCE IT UP, INC. | | | | | |
| 000002 | THE BRADBUM COMPANY | | | | | |
| 000005 | THE BRADBUM COMPANY | | | | | |
| 000001 | THE CIT GROUP/COMMERCIAL SERVICES I | | | | | |
| 000021 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000030 | RAZ IMPORTS, INC. | | | | | |
| 000031 | THE PLATT COLLECTIONS | | | | | |
| | ALAN D. LASKO & ASSOCIATES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLARENDON HILL PARTNERSHIP | | | | | |
| | COHEN & KROL | | | | | |
| | COHEN & KROL | | | | | |
| | GINA B. KROL | | | | | |
| | JP MORGAN CHASE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-04456 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | | Date Filed (f) or Converted (c): | 02/05/10 (f) |
| | | | | 341(a) Meeting Date: | 03/23/10 |
| For Period Ending: | 05/05/15 | | | Claims Bar Date: | 08/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 2,566.75 | 0.00 | | 0.00 | FA |
| Debtor testified that account was zero after all checks had cleared and bank had withdrawn fees | | | | | |
| ASSET 1 is cross-collateralized with asset(s) 3,4. | | | | | |
| 2. VEHICLE | 5,000.00 | 0.00 | | 2,250.00 | FA |
| 3. OFFICE EQUIPMENT | 4,050.00 | 335.00 | | 335.00 | FA |
| Is cross-collateralized with asset(s) 1,4. | | | | | |
| 4. Inventory | 151,736.00 | 45,869.00 | | 43,619.00 | FA |
| Is cross-collateralized with asset(s) 1,3. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.61 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $163,352.75 | $46,204.00 | | $46,209.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed
February 12, 2015, 10:39 am
TFR submitted for review
February 03, 2015, 12:10 pm
Trustee is working on TFR
October 16, 2014, 03:15 pm
Trustee to file TFR
October 17, 2013, 02:26 pm

LFORM1

Ver: 18.04

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: | 10-04456    DRC    Judge: Donald R. Cassling |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 02/05/10 (f) |
| 341(a) Meeting Date: | 03/23/10 |
| Claims Bar Date: | 08/20/10 |

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL
_____    Date: 05/05/15
   GINA B. KROL

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0147 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 05/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/10 | 2, 3, 4 | American Auction Associates, Inc.<br>8515 Thomas Ave.<br>Bridgeview, IL 60455 | Proceeds of sale | 1129-000 | 46,204.00 | | 46,204.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 46,204.67 |
| 06/09/10 | 000301 | Donald Dodge<br>American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL 60455 | Auctioneer Expenses per Court Order | 3620-000 | | 3,405.73 | 42,798.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.09 | | 42,800.03 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.09 | | 42,801.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.10 | | 42,802.22 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.06 | | 42,803.28 |
| 10/18/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 42,803.88 |
| 10/18/10 | | Transfer to Acct #*******3183 | Final Posting Transfer | 9999-000 | | 42,803.88 | 0.00 |

| Account *******0147 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 Deposits | | 46,204.00 | 1 | Checks | 3,405.73 |
| 6 Interest Postings | | 5.61 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 46,209.61 | 1 | Transfers Out | 42,803.88 |
| 0 Adjustments In | | 0.00 | | Total | $ 46,209.61 |
| 0 Transfers In | | 0.00 | | | |
| | Total | $ 46,209.61 | | | |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 16)

Ver: 18.04

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3183 BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 05/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/10 | | Transfer from Acct #*******0147 | Transfer In From MMA Account | 9999-000 | 42,803.88 | | 42,803.88 |
| 10/18/10 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,370.96 | 37,432.92 |
| 10/18/10 | 003002 | Alan D. Lasko & Associates<br>29 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | | | 680.18 | 36,752.74 |
| | | | Fees      678.82 | 3410-000 | | | |
| | | | Expenses    0.68 | 3420-000 | | | |
| | | | Interest    0.68 | 7990-000 | | | 36,752.74 |
| 10/18/10 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | | | 3,540.63 | 33,212.11 |
| | | | Fees     3,533.55 | 3110-000 | | | |
| | | | Expenses    3.54 | 3120-000 | | | |
| | | | Interest    3.54 | 7990-000 | | | 33,212.11 |
| 10/18/10 | 003004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Expenses per Court Order | | | 105.12 | 33,106.99 |
| | | | Expenses    105.02 | 3120-000 | | | |
| | | | Interest    0.10 | 7990-000 | | | 33,106.99 |
| 10/18/10 | 003005 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | | | 1,833.24 | 31,273.75 |
| | | | Fees     1,829.58 | 3110-000 | | | |
| | | | Expenses    1.83 | 3120-000 | | | |
| | | | Interest    1.83 | 7990-000 | | | 31,273.75 |
| * 10/18/10 | 003006 | Clarendon Hill Partnership | Post-Petition Use & Occupancy | | | 10,010.00 | 21,263.75 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 17)*                           Ver: 18.04

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04456 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3183  BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | | |
| For Period Ending: | 05/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | | | | | |
| | | | Claim      10,000.00<br>Interest         10.00 | 2410-003<br>7990-003 | | | |
| * 10/18/10 | 003006 | Clarendon Hill Partnership<br>c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Post-Petition Use & Occupancy<br>Trustee entered wrong amount for check | | | -10,010.00 | 31,273.75 |
| | | | Claim     (  10,000.00 )<br>Interest    (      10.00) | 2410-003<br>7990-003 | | | |
| * 10/18/10 | 003007 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale | | | 21,263.75 | 10,010.00 |
| | | | Claim      21,242.51<br>Interest         21.24 | 4210-003<br>7990-003 | | | |
| * 10/18/10 | 003007 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br>Trustee entered wrong amount of check | | | -21,263.75 | 31,273.75 |
| | | | Claim     (  21,242.51 )<br>Interest    (      21.24) | 4210-003<br>7990-003 | | | |
| 10/18/10 | 003008 | Clarendon Hill Partnership<br>c/o Mr. Terrence M. Fenelon<br>4513 Lincoln Ave., Suite 111<br>Lisle, IL 60532 | Post-Petition Use & Occupancy | | | 10,000.00 | 21,273.75 |
| | | | Claim       9,990.00<br>Interest         10.00 | 2410-000<br>7990-000 | | | |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 18)

Ver: 18.04

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04456 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3183  BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | |
| For Period Ending: | 05/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 10/18/10 | 003009 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br><br>Claim         21,242.51<br>Interest              21.24 | <br><br><br>4210-003<br>7990-003 | | 21,263.75 | 10.00 |
| * 10/18/10 | 003009 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br>Still wrong amount<br><br>Claim      (   21,242.51 )<br>Interest   (         21.24) | <br><br><br><br>4210-003<br>7990-003 | | -21,263.75 | 21,273.75 |
| 10/18/10 | 003010 | JP Morgan Chase<br>c/o Ms. Lauren Newman<br>THOMPSON COBURN LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, IL 60603 | Proceeds of sale<br><br>Claim         21,252.51<br>Interest              21.24 | <br><br><br>4210-000<br>7990-000 | | 21,273.75 | 0.00 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 19)

Ver: 18.04

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04456 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | LBW AQUISITION INC. D/B/A L. BRANDY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3183  BofA - Checking Account |
| Taxpayer ID No: | *******8877 | | |
| For Period Ending: | 05/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Account *******3183 | Balance Forward | 0.00 | | | |
| | | 0   Deposits | 0.00 | 13 | Checks | 42,803.88 |
| | | 0   Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 42,803.88 |
| | | 0   Adjustments In | 0.00 | | | |
| | | 1   Transfers In | 42,803.88 | | | |
| | | Total | $ 42,803.88 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | | 1   Deposits | 46,204.00 | 18 | Checks | 46,209.61 |
| | | 6   Interest Postings | 5.61 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 42,803.88 |
| | | Subtotal | $ 46,209.61 | | | |
| | | | | | Total | $ 89,013.49 |
| | | 0   Adjustments In | 0.00 | | | |
| | | 1   Transfers In | 42,803.88 | | | |
| | | Total | $ 89,013.49 | | Net Total Balance | $ 0.00 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 05/05/15
GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Ver: 18.04